**SO ORDERED**



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| In Re: | * | |
| Robert W. Smith Jr. | * | Case No.    13-18041 TJC |
| Jennifer A. Smith | * | Chapter    7 |
| | * | |
| | * | |
| Debtor(s) | * | |

**ORDER DISMISSING DEBTOR JENNIFER A. SMITH FOR FAILURE
TO ATTEND MEETING OF CREDITORS AND
NOTICE THAT AUTOMATIC STAY IS TERMINATED
[For Individual Debtor(s)]**

Upon consideration of the Trustee's motion to dismiss because of the Debtor Jennifer A. Smith failure to attend the Section 341 Meeting of Creditors on July 8, 2013, or the rescheduled meeting on July 30, 2013, it appearing that the Debtor Jennifer A. Smith has not responded to the motion, and it appearing that the Debtor Jennifer A. Smith should be dismissed pursuant to 11 U.S.C. Section 707(a), it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above-referenced Chapter 7 case is dismissed as to Jennifer A. Smith; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc: Debtor(s)
  Counsel - J. Nesson
  U.S. Trustee
  Trustee

**End of Order**

7Dism-16.3-- 5/30/07kh*